**FORM 2**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 17-10806 | DLT | Judge: Deborah L. Thorne | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | GEORGE STREET INVESTORS, LLC | | | Date Filed (f) or Converted (c): | 02/01/2018 (c) |
| | | | | 341(a) Meeting Date: | 03/23/2018 |
| For Period Ending: | 03/31/2019 | | | Claims Bar Date: | 04/12/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| .  No Assets To Report | | | | 0.00 | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/12/19 - A FINAL ACCOUNT FOR THE LEAD CASE - NO.17-10554, HAS BEEN SUBMITTED WITH THE UST FOR REVIEW AND FILING.  PURSUANT TO ORDER DATED 1/25/18, THIS CASE IS JOINTLY ADMINISTERED AND SUBSTANTIVELY CONSOLIDATED WITH CASE NOS.17-10554,17-10557, 17-10561 AND 17-10810.

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

Trustee Signature:    /s/ Frances Gecker, Trustee     Date: 04/30/2019

Frances Gecker, Trustee
1327 W. Washington Blvd.
Suite 5 G/H
Chicago, IL 60607
(312) 276-1401

Case 17-10806    Doc 101    Filed 04/30/19    Entered 04/30/19 13:33:12    Desc Main
Document    Page 2 of 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-10806                                                Trustee Name:  Frances Gecker, Trustee
Case Name:  GEORGE STREET INVESTORS, LLC                         Bank Name:
                                                                 Account Number/CD#:

Taxpayer ID No: XX-XXX9924                                        Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 03/31/2019                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                                      $0.00            $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:        /s/ Frances Gecker, Trustee        Date: 04/30/2019

Frances Gecker, Trustee
1327 W. Washington Blvd.
Suite 5 G/H
Chicago, IL 60607
(312) 276-1401

Page Subtotals:                    $0.00        $0.00